AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (last name, first, middle initial)<br><br>Messitte, Peter J. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>5/1//2009 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY -5 A 10:36 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | |
| 3. | |

Messitte_Peter_J

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/1//2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Pension Payments - State of Maryland Judiciary | $47,692.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Levin College of Law, University of Florida | 5/26/08 -5/30/08 | Rio de Janeiro, Brazil | Education Seminar | Transportation, meals, hotel |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/1//2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/1//2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. PJM/CGM (Citigroup, Glob. MKTS - IRA) ( same as #3 - #14 ) | D | Dividend | M | T | | | | | |
| 3. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 4. Legg Mason Special Investment Trust | A | Dividend | K | T | | | | | |
| 5. American Funds: Euro Pacific Growth Fund Cl A (inc #6-#7) | A | Dividend | K | T | | | | | |
| 6. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | | T | Buy | 12/24 | J | | |
| 7. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | J | T | Buy | 12/24 | J | | |
| 8. Am Funds: Washington Mutual Investors Fund Cl A (inc #9-12) | B | Dividend | K | T | | | | | |
| 9. American Funds: Washington Mutual Inve stors Fund Cl A | A | Dividend | J | T | Buy | 3/25 | J | | |
| 10. American Funds: Washington Mutual Inve stors Fund Cl A | A | Dividend | J | T | Buy | 6/25 | J | | |
| 11. American Funds: Washington Mutual Inve stors Fund Cl A | A | Dividend | J | T | Buy | 9/22 | J | | |
| 12. American Funds: Washington Mutual Inve stors Fund Cl A | A | Dividend | J | T | Buy | 12/22 | J | | |
| 13. Royce Penn. Mutual Fund (includes #14) | A | Dividend | J | T | | | | | |
| 14. Royce Penn. Mutual Fund | A | Dividend | J | T | | 12/9 | J | | |
| 15. Chevy Chase Bank, Chevy Chase, MD | B | Interest | M | T | | | | | |
| 16. Sun Trust Bank, Chevy Chase, MD | A | Interest | K | T | | | | | |
| 17. SM/CGM (Legg Mason Value Trust - IRA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/1//2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ████████ MD Rental Property | A | Rent | M | W | | | | | |
| 19. Montgomery County, MD; Rental Property | C | Rent | N | S | | | | | |
| 20. SM/CGM ( same as #21 -#46) | D | Dividend | M | T | | | | | |
| 21. Royce Penn. Mutual Fund (includes #22 - #25) | A | Dividend | K | T | | | | | |
| 22. Royce Penn. Mutual Fund | A | Dividend | J | T | Buy | 3/13 | J | | |
| 23. Royce Penn. Mutual Fund | A | Dividend | J | T | Buy | 6/13 | J | | |
| 24. Royce Penn. Mutual Fund | A | Dividend | J | T | Buy | 9/12 | J | | |
| 25. Royce Penn. Mutual Fund | A | Dividend | J | T | Buy | 12/9 | J | | |
| 26. Legg Mason Value Trust (same as #27 - #28) | A | Dividend | K | T | | | | | |
| 27. Legg Mason Value Trust | A | Dividend | J | T | Buy | 6/24 | J | | |
| 28. Legg Mason Value Trust | A | Dividend | J | T | Sold | 12/18 | K | A | |
| 29. Am. Funds:Washington Mutual Investors Fund Cl A (inc 30-34) | A | Dividend | K | T | | | | | |
| 30. American Funds: Washington Mutual Investors Fund Cl A | A | Dividend | J | T | Buy | 3/25 | J | | |
| 31. American Funds: Washington Mutual Investors Fund Cl A | A | Dividend | J | T | Buy | 6/25 | J | | |
| 32. American Funds: Washington Mutual Investors Fund Cl A | A | Dividend | J | T | Buy | 9/22 | J | | |
| 33. American Funds: Washington Mutual Investors Fund Cl A | A | Dividend | K | T | Sold (part) | 12/18 | K | A | |
| 34. American Funds: Washington Mutual Investors Fund Cl A | A | Dividend | K | T | Buy | 12/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/1//2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Legg Mason Opp. Trust | A | Dividend | J | T | | | | | |
| 36. Legg Mason Opp. Trust | A | Dividend | J | T | Buy | 6/24 | J | | |
| 37. American Funds: New Perspective Fund Cl A | B | Dividend | J | T | | | | | |
| 38. American Funds: New Perspective Fund Cl A | B | Dividend | J | T | Buy | 12/24 | J | | |
| 39. Delaware Int. Value Equity Fund Cl A | A | Dividend | | | Sold | 7/31 | K | A | |
| 40. Henderson Int. Opp., Fd Cl C (includes #41 - #42) | A | Dividend | K | T | | | | | |
| 41. Henderson Int. Opp., Fd Cl C | A | Dividend | K | T | Buy | 7/31 | K | | |
| 42. Henderson Int. Opp., Fd Cl C | A | Dividend | J | T | Buy | 12/8 | J | | |
| 43. Investment Co. of America, Fd Cl A | A | Dividend | K | T | Buy | 12/18 | K | | |
| 44. Blackrock Global Alloc. Fd, Inc. Cl C (includes #45 - #46) | A | Dividend | K | T | | | | | |
| 45. Blackrock Global Alloc. Fd, Inc. Cl C | A | Dividend | | | Buy | 12/18 | K | | |
| 46. Blackrock Global Alloc. Fd, Inc. Cl C | A | Dividend | | | Buy | 12/22 | J | | |
| 47. Promissory Note - Clementine Gallery, New York, NY | A | Interest | L | T | Redeemed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Elaboration:

# 2. This has always been an Individual Retirement Account (IRA).

#19. Per Assessment Notice dated 12/29/06, 100% phase-in value for 2009 = 944,600. I own a one-third ownership interest in the property (944,600 / 3 = 314,867).

#40. Note pre-paid in full 9/1/08.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544